UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Harris Energy Group, Inc., *et al.*,[1]<br>         Debtors. | Case No. 23-21117-kmp<br>Chapter 11<br>(Jointly Administered) |

## ORDER TERMINATING ATTORNEY OF RECORD

Upon review of *the Motion to Terminate Davis W. Sullivan as Attorney of Record for Debtors*,

IT IS HEREBY ORDERED that Davis W. Sullivan is terminated as attorney of record in the above-captioned case.

#####

---

[1] The Debtors in these chapter 11 cases, the last four digits of their federal employee identification number, and their case numbers are: Harris Energy Group, Inc. (5473, Case No. 23-21117-kmp), Renewable World Energies, LLC (8805, Case No. 23-21118-kmp), RWE Operations, LLC (9088, Case No. 23-21120-kmp), Flambeau Hydro, LLC (7202, Case No. 23-21121-kmp), Iowa Hydro, LLC (7137, Case No. 23-21123-kmp), Grande Pointe Power Corporation (4106, Case No. 23-21124-kmp), Eau Galle Hydro, LLC (3071, Case No. 23-21127-kmp), UP Hydro, LLC (7389, Case No. 23-21128-kmp), and LCO Hydro, LLC (4089, Case No. 23-21129-kmp).