UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
Harris Energy Group, Inc., *et al.*,[1]  
            Debtors.

Case No. 23-21117-kmp  
Chapter 11  
(Jointly Administered)

# ORDER GRANTING COMBINED MOTION: (1) TO SELL TOOLS, EQUIPMENT, BOATS, TRUCK, AND TRAILER TO ZCEA HYDRO ACQUISITION LLC; (2) TO COMPROMISE REMAINING CLAIMS WITH STEPHENSON NATIONAL BANK AND TRUST; AND (3) TO ABANDON FOUR VEHICLES

Harris Energy Group, Inc., Renewable World Energies, LLC, RWE Operations, LLC, and UP Hydro, LLC (collectively, the "Debtors") filed a Combined Motion: (1) to Sell Tools, Equipment, Boats, Truck, and Trailer to ZCEA Hydro Acquisition LLC; (2) to Compromise Remaining Claims with Stephenson National Bank and Trust; and (3) to Abandon Four Vehicles. No objections were filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Renewable World Energies, LLC and RWE Operations, LLC are authorized to sell the tools, equipment, boats, truck, and trailer (the "Assets") identified in the Asset Purchase Agreement (the "APA") attached to the Motion as Exhibit A to ZCEA Hydro Acquisition LLC on the terms and conditions set forth in the APA. The sale of the Assets is free and clear of liens, claims, interests, and encumbrances pursuant to 11 U.S.C. § 363(f).

---

[1] The Debtors in these chapter 11 cases, the last four digits of their federal employee identification number, and their case numbers are: Harris Energy Group, Inc. (5473, Case No. 23-21117-kmp), Renewable World Energies, LLC (8805, Case No. 23-21118-kmp), RWE Operations, LLC (9088, Case No. 23-21120-kmp), Flambeau Hydro, LLC (7202, Case No. 23-21121-kmp), Iowa Hydro, LLC (7137, Case No. 23-21123-kmp), Grande Pointe Power Corporation (4106, Case No. 23-21124-kmp), Eau Galle Hydro, LLC (3071, Case No. 23-21127-kmp), UP Hydro, LLC (7389, Case No. 23-21128-kmp), and LCO Hydro, LLC (4089, Case No. 23-21129-kmp).

1

2. The Settlement Agreement attached to the Motion as Exhibit B is APPROVED pursuant to Fed. R. Bankr. P. 9019(a), and the Debtors are authorized to perform all obligations required of them under the Settlement Agreement.

3. Based on the Settlement Agreement, SNBT's Motion for Relief from the Automatic Stay (Case No. 23-21118, ECF No. 47) is DENIED on the following condition:

    a. If Grenfell, LLC enters into an asset purchase agreement and closes the sale on or before August 1, 2025, then the net proceeds from the sale distributed from Grenfell, LLC to Renewable World Energies, LLC shall be disbursed as follows: (1) all proceeds up to and including $75,000 to SNBT; and (2) all proceeds beyond $75,000 to Renewable World Energies, LLC.

    b. If Grenfell, LLC does not enter into an asset purchase or does not close a sale of its assets on or before August 1, 2025, then Renewable World Energies, LLC shall immediately assign its equity interest in Grenfell, LLC to SNBT or an entity of SNBT's choosing.

4. The following four vehicles are abandoned from RWE Operation's bankruptcy estate pursuant to 11 U.S.C. § 554:

| Fleet No. | License Plate | Year | Make | Model | VIN |
|---|---|---|---|---|---|
| 210 | AXV6370 | 2012 | Ford | Escape | 1FMCU9D71CKB82289 |
| 211 | ALV3882 | 2012 | Ford | Escape XLT | 1FMCU9D72CKA59682 |
| 215 | ABW6553 | 2010 | Ford | Escape SLT | 1FMCU9D70AKC97107 |
| 216 | AVL5889 | 2010 | Ford | Escape | 1FMCU9D72AKC84035 |

5. Any stay of order imposed by the Federal Rules of Bankruptcy Procedure is waived, and the terms of this order are effective immediately.

6. The Clerk of Court shall enter a copy of this order in *In re Renewable World Energies, LLC*, Case No. 23-21118-kmp.

#####