

**Peter T. Nowak**
107 Church Avenue
Oshkosh, WI 54901
pnowak@swansonsweet.com
Direct: 920-385-5312
Fax: 920-426-5530

June 10, 2025

**By CM/ECF**
The Honorable Katherine M. Perhach
United States Bankruptcy Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE:    *In re Harris Energy Group, Inc.*
             Case No. 23-21117-kmp

Judge Perhach:

    Earlier this morning, Harris Energy Group, Inc. ("HEG") filed a proposed order granting the Combined Motion: (1) to Sell Tools, Equipment, Boats, Truck, and Trailer to ZCEA Hydro Acquisition LLC; (2) to Compromise Remaining Claims with Stephenson National Bank and Trust; and (3) to Abandon Four Vehicles (the "Combined Motion"). ECF Nos. 826, 837. In addition, alongside this letter, HEG filed documents from William D. Harris and Lawrence Gohlke consenting to the sale of assets and disposition of proceeds as contemplated in the Combined Motion. ECF No. 838, 839.

    If the Court finds the record satisfactory, I respectfully request that the Court sign and enter the proposed order granting the Combined Motion and cancel tomorrow's evidentiary hearing to adjudicate Stephenson National Bank and Trust's motion for relief from the automatic stay.

    We appreciate the Court's consideration.

                                  Sincerely,

                                  /s/ Peter T. Nowak

                                PETER T. NOWAK
                                Attorney at Law

cc:    Paul G. Swanson

| Oshkosh | Madison | Milwaukee |
|---|---|---|
| 107 Church Avenue | 8020 Excelsior Dr., Ste. 401 | 759 N. Milwaukee St., Ste 305 |
| Oshkosh, WI 54901-4745 | Madison, WI 53717 | Milwaukee WI 53202 |
| Phone: 920-235-6690 | Phone: 608-709-5992 | Phone: 414-269-8500 |
| Fax: 920-426-5530 | | Fax: 414-269-8479 |

Case 23-21117-kmp    Doc 840    Filed 06/10/25    Page 1 of 1