

Paul G. Swanson
107 Church Avenue
Oshkosh, WI 54901
pswanson@swansonsweet.com
Direct: 920-385-1905
Fax: 920-426-5530

August 22, 2025

**Via CM/ECF**
The Honorable Katherine M. Perhach
United States Bankruptcy Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

   RE: *In re Harris Energy Group, Inc.*
      **Case No. 23-21117-kmp**

Judge Perhach:

  The Court set August 22, 2025, as the deadline for professionals to file final applications for compensation for Harris Energy Group, Inc., Renewable World Energies, LLC, RWE Operations, LLC, and UP Hydro, LLC. Case No. 23-21117, ECF No. 897; Case No. 23-21118, ECF No. 63; Case No. 23-21120, ECF No. 53; Case No. 23-21128, ECF No. 58.

  Since professionals will not receive full compensation for services rendered and will not be reimbursed for the cost of noticing a final application, Swanson Sweet LLP has decided not to file a final application for compensation for those four debtors. I am submitting this letter to inform the Court of that fact.

            Sincerely,

            /s/ Paul G. Swanson

            PAUL G. SWANSON
            Attorney at Law

| Oshkosh | Madison | Milwaukee |
| --- | --- | --- |
| 107 Church Avenue | 8020 Excelsior Dr., Ste. 401 | 759 N. Milwaukee St., Ste 305 |
| Oshkosh, WI 54901-4745 | Madison, WI 53717 | Milwaukee WI 53202 |
| Phone: 920-235-6690 | Phone: 608-709-5992 | Phone: 414-269-8500 |
| Fax: 920-426-5530 | | Fax: 414-269-8479 |

Case 23-21117-kmp  Doc 899  Filed 08/22/25  Page 1 of 1